Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>David Weaver,<br><br>　　　　Defendant. | Case No. 2:20-cr-00182-APG-EJY<br><br>**First Stipulation to Continue Sentencing Hearing** |

　　　The parties jointly request that the Court vacate the January 27, 2021, sentencing hearing and continue it for at least 30 days because:

　　　1.　　Defense counsel needs additional time to resolve Weaver's pending state case before sentencing and

　　　2.　　Weaver is in custody and agrees to the continuance.

　　　DATED: January 19, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By:_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Brett Ruff*<br>By:_____<br>Brett Ruff<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>David Weaver,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00182-APG-EJY<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

　　Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing in order to allow defense counsel to resolve Weaver's state case before sentencing.

　　IT IS THEREFORE ORDERED that the sentencing currently scheduled for January 27, 2021, at 1:00 p.m., is vacated and continued to March 17, 2021, at 3:00 p.m. in LV Courtroom 6C.

　　DATED: January 19th, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　United States District Judge