RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for David Andre Weaver

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID ANDRE WEAVER,<br><br>    Defendant. | Case No. 2:20-cr-00182-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for David Andre Weaver, that the Revocation Hearing currently scheduled on January 11, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than four months.

This Stipulation is entered into for the following reasons:

1. United States Probation Officer Deleyna Joseph filed a petition on December 1, 2023, seeking revocation of Mr. Weaver's supervised release. (ECF No. 52.)

2. The Court held an initial appearance on December 15, 2023. (ECF No. 60.)

3. Defense counsel conferred with Officer Joseph on December 27, 2023. Officer Joseph wishes to give Mr. Weaver the opportunity to take advantage of resources available to him through probation, such as substance abuse treatment and mental health treatment.

4. Defense counsel conferred with Attorney Smith on January 5, 2024, and Attorney Smith endorses Officer Joseph's position.

5. If Mr. Weaver comes into compliance and maintains compliance with his supervised release requirements for a period of four months, then the Government agrees to dismiss the petition.

6. If Mr. Weaver does not come into compliance and maintain compliance with his supervised release requirements, then the parties will request that the Court advance the revocation hearing.

This is the first request for a continuance of the revocation hearing.

DATED this 8th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID ANDRE WEAVER,<br><br>            Defendant. | Case No. 2:20-cr-00182-APG-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 11, 2024 at 2:00 p.m., be vacated and continued to May 29, 2024 at the hour of 10:30 a.m. in Courtroom 6C.

   DATED this 9th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

3